Peter E. Garrell (SBN 155177)
pgarrell@gckllp.com
John M. Kennedy, Esq. (SBN 156009)
ikennedy@gckllp.com
Gabriela S. Gershfeld (SBN 327816)
ggershfeld@gckllp.com
GARRELL COHON KENNEDY LLP
550 S. Hope Street, Suite 460
Los Angeles, California 90071
Tel: (213) 647-0730 / Fax: (213) 647-0732

Attorneys for Defendants Spearmint Rhino Consulting
Worldwide Inc., et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| YASMEEN A. AZIZIAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SPEARMINT RHINO CONSULTING WORLDWIDE, INC., a Delaware corporation; INLAND RESTAURANT VENTURE I, LLC, a California corporation; THE OXNARD HOSPITALITY SERVICES, INC., a California corporation; MIDNIGHT SUN ENTERPRISES, INC., a California corporation; CITY OF INDUSTRY HOSPITALITY VENTURE, INC., a California corporation; FARMDALE HOSPITALITY SERVICES, INC., a California corporation; OLYMPIC AVENUE VENTURE, INC., a California corporation; RIALTO POCKETS, INCORPORATED, a California corporation; SANTA BARBARA HOSPITALITY SERVICES, INC., a California Corporation; SANTA MARIA RESTAURANT ENTERPRISES, INC., a California corporation; and THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC., a Nevada corporation.<br><br>Defendants. | Case No. 5:19-cv-02393 JGB KKx<br><br>[*Assigned for All Purposes to The Honorable Jesus G. Bernal*]<br><br>**STIPULATION OF NOTICE OF DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)(ii)]**<br><br><br><br>Date Action Filed:    December 12, 2019<br>Trial Date:                NONE |

**TO THE COURT AND ALL PARTIES AND THROUGH THEIR COUNSEL OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff YASMEEN A. AZIZIAN, individually dismisses her action against Defendants Spearmint Rhino Consulting Worldwide, Inc., Inland Restaurant Venture I, LLC, The Oxnard Hospitality Services, Inc., Midnight Sun Enterprises, Inc., City of Industry Hospitality Venture, Inc., Farmdale Hospitality Services, Inc., Olympic Avenue Venture, Inc., Rialto Pockets, Incorporated, Santa Barbara Hospitality Services, Inc., Santa Maria Restaurant Enterprises, Inc. and The Spearmint Rhino Companies Worldwide, Inc. with Prejudice.

This document is being electronically filed through the Court's ECF system. In this regard, counsel for the parties hereby attests:

1. The content of this document is acceptable to all persons required to sign this document;
2. That they have concurred with the filing of this document; and
3. A record supporting this occurrence is available for inspection or production if so ordered.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION OF NOTICE OF DISMISSAL

1      **IT IS THEREFORE STIPULATED AND AGREED** by the Parties hereto

2  that this matter be dismissed ***with prejudice***.

3  Dated: November 20, 2024          EMPLOYEE JUSTICE LEGAL GROUP, P.C.

4

5                                    By: _____

6                                          Kaveh S. Elihu
                                           Sylvia V. Panosian
7                                          Attorneys for Plaintiff
                                           YASMEEN AZIZIAN
8

9  Dated:  November 20, 2024         GARRELL COHON KENNEDY LLP

10

11                                   By:_____

12                                          Peter E. Garrell
                                            John M. Kennedy
13                                          Attorneys for Defendants
                                            SPEARMINT RHINO CONSULTING
14                                          WORLDWIDE, INC., et al.

15                                   I attest that all other signatories
                                     listed, on whose behalf the filing is
16                                   submitted, concur in the filing's
                                     content and have authorized the
17                                   filing.

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF NOTICE OF DISMISSAL